**Order filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00769-CV

———————

**JANICE TAYLOR, Appellant**

**V.**

**KUBALA PUBLIC ADJUSTERS, INC., d/b/a
KUBALA AND COMPANY ADJUSTERS, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 989268**

## O R D E R

Appellant's brief was due November 3, 2011. No brief was filed. On January 13, 2012, this court ordered appellant to file a brief in this appeal on or before February 6, 2012, or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant requested and was granted an extension of time to file her brief until March 22, 2012, so that she would have additional time to retain counsel. Appellant's

brief was filed on March 23, 2012. Although the brief shows on its cover that it was filed by counsel, Grady Marie Paris, the brief was signed by appellant, individually.

The court has determined that appellant has not properly presented this cause in her brief. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate procedure. In particular, appellant has failed to provide adequate citations to the record and to authority to support the issues presented. Tex. R. App. P. 38.1(g), (i).

Accordingly, pursuant to Rule 38.9(b), the court **STRIKES** appellant's brief and orders appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure. Appellant's amended brief is due **May 21, 2012**, and appellee's responsive brief shall be due thirty days after appellant's revised brief is filed.

If appellant fails to file an amended brief incompliance with the rules as ordered herein, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM